JS 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIGANTIC PICTURES, INC., a California corporation, | CASE NO.: 2:16-cv-03028-DSF-KS |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | Hon. Dale S. Fischer |
| WILLIAM HAZELGROVE, an individual, | |
| Defendant. | |

**JUDGMENT**

The Court having considered the Stipulation of Plaintiff GIGANTIC PICTURES, INC. and Defendant WILLIAM HAZELGROVE,

IT IS ORDERED AND ADJUDGED that:

1. Plaintiff is the owner of the motion picture, television, other screen media and certain allied and ancillary rights ("Rights") in and to the novel "THE PITCHER" (the "Work") written by Defendant, pursuant to a valid exercise of its option to purchase, and subsequent purchase, of the Rights, as set forth in the November 16, 2015 Option Agreement between Plaintiff and Defendant; and

2. Defendant is permanently enjoined from communicating to any third party in any manner that Plaintiff does not own the Rights, from negotiating with any third party to convey, assign, license or transfer the Rights and from conveying, assigning, licensing or transferring the Rights to any third party.

Dated: 7/28/16

_____
The Honorable Dale S. Fischer
United States District Judge